[No. 18111-1-III.    Division Three.    January 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ARCTURA LUCINDA WARFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00074-3, Michael E. Donohue, J., entered November 23, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18112-0-III.    Division Three.    January 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA KEITH CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-01212-0, Linda G. Tompkins, J., entered December 7, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[Nos. 22895-5-II; 22905-6-II.    Division Two.    January 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW J. PADGETT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. PADGETT, *Appellant*.

Appeals from judgments of the Superior Court for Pacific County, Nos. 97-8-00080-1 and 97-8-00079-7, Michael Sullivan, J. Pro Tem., entered January 12, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Houghton, JJ.